IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDI ELESE TURNER KENNEDY                                    PLAINTIFF

V.                                        CIVIL ACTION NO. 1:26-CV-00075-RPC-JMV

ITAWAMBA COUNTY JAIL, et al.                                  DEFENDANTS

<u>ORDER</u>

Plaintiff Brandi Elese Turner Kennedy, proceeding *pro se*, filed the instant action challenging the conditions of her confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action. Doc. # 2. Upon due consideration, the Court finds that Plaintiff's application to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(2), the plaintiff must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." In moving to proceed IFP, Plaintiff submitted the first page of the application in which she checked that she is not employed, that she receives money from other sources, and that she has money in a checking or savings account. Doc. # 2. Plaintiff, however, submitted neither a complete certified copy of her inmate trust account nor the Authorization for Release Institutional Account Information and Payment of the Filing Fee. Thus, her application does not comply with the statute's requirements.

Accordingly, the Clerk of Court is **DIRECTED** to send Plaintiff the standard form application to proceed IFP in such actions. Plaintiff is **DIRECTED** to complete and return the IFP application, including a certified copy of her inmate account information "for the 6-month period immediately preceding the filing of [her] complaint" within twenty-one (21) days from the date of this order or, in the alternative, pay the filing fee for this action. Plaintiff's failure to do so

will result in dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 13th day of May, 2026.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE