**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BRANDI ELESE TURNER KENNEDY**                                          **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 1:26-CV-00075-RPC-JMV**

**ITAWAMBA COUNTY JAIL, et al.**                                          **DEFENDANTS**

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On May 11, 2026, Plaintiff Brandi Elese Turner Kennedy, proceeding *pro se*, filed a civil rights complaint and an accompanying incomplete application to proceed *in forma pauperis* ("IFP"). *See* Doc. #s 1, 2. The Court entered Orders on May 12, 2026, and May 13, 2026, advising Kennedy to sign and return the Court's Form PSP-3 within thirty (30) days, and to submit a *complete* IFP motion, or otherwise pay the filing fee within twenty-one (21) days, respectively. Doc. #s 6, 7. Both Orders warned Kennedy that her failure to comply may lead to the dismissal of this action. *Id.* Despite these warnings and directives, Kennedy failed to comply.

Consequently, the Court entered an Order on June 18, 2026, directing Kennedy to show cause within fourteen (14) days why this case should not be involuntarily dismissed as provided by Rule 41(b) of the Federal Rules of Civil Procedure. Doc. # 8. The Order cautioned Kennedy that her "failure to do so *will* result in the dismissal of this action without prejudice." *Id.* Kennedy has failed to respond or otherwise submit a complete IFP application or pay the filing fee, nor has she returned the PSP forms, and the time for doing so has now passed. Accordingly, the instant action is hereby **DISMISSED without prejudice** for Kennedy's failure to prosecute and failure to comply with an Order of the Court. Any pending motions will be **TERMINATED.**

SO ORDERED, this the 8th day of July, 2026.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**